DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TEUANA CROSS** and **ANGELA PETERSON,**
Appellants,

v.

**THE BROWARD COUNTY SCHOOL BOARD,**
Appellee.

No. 4D18-2431

[November 24, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE 13-26810.

Michael Hursey of Michael Hursey, P.A., Fort Lauderdale, and Angela L. Dawson of Angela L. Dawson, P.A., Plantation, for appellants.

Thomas W. Paradise, Tommie Derpima, and Lauren Stone of Vernis & Bowling of Broward, P.A., Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***